Sean Mays 1611660
Name and Prisoner/Booking Number

Stanton Correctional Facility
Place of Confinement

2450 Claybank Rd
Mailing Address

Fairfield, Ca 94533
City, State, Zip Code

FILED

DEC 28 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Sean Taylor Mays                          )
(Full Name of Plaintiff)     Plaintiff,   )
                                          )
            v.                            )  CASE NO. 2:23-cv-02339-KJN
                                          )  (To be supplied by the Clerk)
(1) Stanton Correctional Facility    ,    )
(Full Name of Defendant)                  )
                                          )
(2) _____,    )
                                          )     **CIVIL RIGHTS COMPLAINT**
(3) _____,    )     **BY A PRISONER**
                                          )
(4) _____,    )  ☐ Original Complaint
            Defendant(s).                 )  ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Stanton Correctional Facility

## B. DEFENDANTS

1. Name of first Defendant: Stanton Correctional Facility. The first Defendant is employed as: Medical at Stanton Correctional Facility.
   (Position and Title)                                (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                                (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? N/A. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: N/A v. N/A
      2. Court and case number: N/A.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) N/A

   b. Second prior lawsuit:
      1. Parties: N/A v. N/A
      2. Court and case number: N/A.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: N/A v. N/A
      2. Court and case number: N/A.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) N/A

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: A.D.A

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I have been trying to get in and see an eye doctor since 2022 to get a new prescription for my eye glasses. The doctors here at Stanton Correctional Facility gave me the Snellen test two times and said I don't need eye glasses. I proved to medical that I had a prescription on the streets but it expired. Medical has told me that they will not send me to an eye doctor to get a new prescription because I past their snellen test. When they did the test both times the ladies both stood within 10 feet with a standard eye chart. Medical will not give me the ladies names that did the test so I can put them in the complaint.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Getting bad headaches, blurry vision, bumping into things

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: _N/A_.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _N/A_.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____.

4

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _____N/A_____

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ___N/A___

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

N/A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

N/A

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I would like to be sent to the eye doctor to get a new prescription and to be reimbursed for pain and suffering

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/21/23
          DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

BALINADO JR. SCJ30     United States District Court     09/01/2023 17:59
Sean Taylor Mays 161660    Eastern District of California
2450 Claybank Rd    Sean Taylor Mays vs Stanton Correctional Facility
Fairfield, Ca 94533    2:23-CV-02339-KJN

Case 2:23-cv-02339-KJM-KJN    Document 8    Filed 12/28/23    Page 7 of 14

# SOLANO COUNTY SHERIFF'S OFFICE
## GRIEVANCE INMATE REPORT

| MEDICAL | 23001428 | 07/29/2023 15:00 |
|---|---|---|

| GRIEVANCE TYPE | LOCATION | CREATED BY | Report Date | Report Time |
|---|---|---|---|---|
| MEDICAL | 03-SCF LVL1 U07 02 | DETTLING SCJ140 | 07/29/2023 | 15:10 |

**GRIEVANCE SUMMARY**

Inmate grieving medical for not getting eye glasses.

**NAME:** MAYS, SEAN     **NUM:** 161660
**CURRENT HOUSING:** 03-SCF LVL1 U07 02 B
**GRIEVANCE AGAINST DEPARTMENT:** MEDICAL
**DISPOSITION:** UNFOUNDED

**INMATE RESPONSE:**
IN RESPONSE TO YOUR GRIEVANCE DATED 07/29/23, YOU STATED THAT NO ONE HAD CALLED STANTON OPTICAL TO OBTAIN YOUR RX FOR GLASSES. YOU ALSO MENTIONED THAT THE SNELLEN TEST DONE AT THE JAIL WAS STANDING TOO UP CLOSE. UNFOUNDED. UPON REVIEW OF YOUR MEDICAL RECORDS, IT WAS NOTED THAT THE SNELLEN TEST WAS REPEATED; PER MA, WHO DID THE TEST, SHE HAD YOU STAND 20 FEET AWAY, WHICH IS STANDARD. BOTH SNELLEN RESULTS SHOW THAT YOU DO NOT QUALIFY FOR AN OPTOMETRY REFERRAL PER JAIL POLICY. WE HAD MADE SEVERAL UNSUCCESSFUL ATTEMPTS TO OBTAIN A PRESCRIPTION FROM STANTON OPTICAL. HOWEVER, THIS MORNING WE WERE ADVISED OVER THE PHONE THAT YOUR PRESCRIPTION AT STANTON OPTICAL HAS EXPIRED. YOUR LAST EYE EXAM WAS MORE THAN TWO YEARS AGO. THANK YOU FOR BRINGING YOUR CONCERNS TO OUR ATTENTION. PLEASE SUBMIT A MEDICAL SLIP FOR ANY OTHER ISSUES OR CONCERNS.

**REVIEW**
| REVIEW DATE | TIME |
|---|---|
| 08/08/2023 | 12:27 |

**REVIEW OFFICER:** PILLAY SCJ1144

INMATE COPY

| APPEAL | ENTERED BY: | DATE | TIME | CREATED DATE | TIME | 23001428 | 08/20/2023 |
|---|---|---|---|---|---|---|---|
| | LAHMON JR. SCJ325 | 08/20/2023 | 17:06 | 08/20/2023 | 17:06 | | |

| CATEGORY | REVIEW BY: | REVIEW DATE: | TIME: |
|---|---|---|---|
| APPEAL | BALINADO JR. SCJ30 | 08/31/2023 | 08:45 |

**INMATE RESPONSE:**

MAYS, SEAN 2ND LEVEL REVIEW OF GRIEVANCE #23001428. SECOND LEVEL REVIEW COMPLETED BY C. NEVAREZ. INITIAL GRIEVANCE WAS DATED 7/29/23, GRIEVANCE RESPONDED TO ON 8/8/23 WITH AN APPEAL DATE OF 8/20/23. INMATE IS GRIEVING THAT NO ONE HAD CALLED STANTON OPTICAL TO OBTAIN YOUR PRESCRIPTION FOR YOUR EYE GLASSES. AND YOU MENTIONED THE SNELLEN TEST PREFORMED AT THE JAIL WAS DONE TO CLOSE TO THE CHART. UPON REVIEW OF YOUR MEDICAL RECORDS IT WAS NOTED THAT A TRAINED MA PREFORMED YOUR SNELLEN TEST AND THAT YOU DO NOT QUALIFY FOR A REFERRAL TO THE OPTOMETRY OFFICE. STANTON OPTICAL DID RESPOND TO MEDICALS REQUEST FOR A COPY OF YOUR PRESCRIPTION HOWEVER THE PRESCRIPTION HAD BEEN EXPIRED FOR TWO YEARS. THANK YOU FOR BRINGING YOUR CONCERN TO OUR ATTENTION. IF YOU HAVE ANY FURTHER ISSUES OR CONCERNS REGARDING YOUR MEDICAL OR MENTAL HEALTH CARE, PLEASE SUBMIT A REQUEST SLIP TO YOUR PROVIDER. APPEAL DENIED AT THIS TIME. THIS SECOND LEVEL RESPONSE TO YOUR GRIEVANCE EXHAUSTS YOUR ADMINISTRATIVE REMEDIES.

I HAVE RECEIVED A COPY OF THE GRIEVANCE REPORT

**INMATE SIGNATURE**            **DATE/TIME:**

ean Taylor Mays 161660
450 Claybank Rd
airfield, Ca 94533

Eastern District of California
Sean Taylor Mays vs Stanton Correctional Facility
2:23-CV-02339-KJN

**SOLANO COUNTY SHERIFF'S OFFICE**

**GRIEVANCE INMATE REPORT**

| MEDICAL | | 23000764 | | 04/28/2023 16:00 |
|---|---|---|---|---|
| **GRIEVANCE TYPE** | **LOCATION** | **CREATED BY** | **Report Date** | **Report Time** |
| MEDICAL | 03-SCF LVL1 U07 04 | AMMERMAN SCJ11 | 04/28/2023 | 22:17 |

**GRIEVANCE SUMMARY**

Inmate grieves not having Ophthalmology appointment.

| | |
|---|---|
| | **NAME: MAYS, SEAN**     **NUM: 161660** |
| | **CURRENT HOUSING:** 03-SCF LVL1 U07 04 B |
| | **GRIEVANCE AGAINST DEPARTMENT:** MEDICAL |
| | **DISPOSITION:** SUBSTANTIATED |
| | **INMATE RESPONSE:** IN RESPONSE TO YOUR GRIEVANCE DATED 04/28/23, YOU STATED THAT A REFERRAL WAS MADE FOR OPHTHALMOLOGY FOR YOUR VISION ISSUES AND YOU NOW HAVE SYMPTOMS. SUSTAINED. UPON REVIEW OF YOUR MEDICAL RECORDS, IT WAS CONFIRMED THAT YOUR REFERRAL IS STILL PENDING APPROVAL. ONCE APPROVED, WE CAN SCHEDULE AN OPHTHALMOLOGY APPOINTMENT. THANK YOU FOR BRINGING YOUR CONCERNS TO OUR ATTENTION. PLEASE SUBMIT A MEDICAL SLIP FOR ANY OTHER ISSUES OR CONCERNS. |

**REVIEW**

| **REVIEW DATE** | **TIME** |
|---|---|
| 05/02/2023 | 13:13 |
| **REVIEW OFFICER** PILLAY SCJ1144 | |

I HAVE RECEIVED A COPY OF THE GRIEVANCE REPORT

| **INMATE SIGNATURE** | **DATE/TIME:** |
|---|---|
| **OFFICER SIGNATURE** | **DATE/TIME:** |

Page 2 of 2

Sean Taylor Mays 161660
450 Claybank Rd
Fairfield, Ca 94533

United States District Court
Eastern District of California
Sean Taylor Mays VS Stanton Correctional Facility
2:23-CV-02339-KJN

## SOLANO COUNTY SHERIFF'S OFFICE
### GRIEVANCE INMATE REPORT

| MEDICAL | | 23000470 | | 03/20/2023 00:40 |
|---|---|---|---|---|
| **GRIEVANCE TYPE** | **LOCATION** | **CREATED BY** | **Report Date** | **Report Time** |
| MEDICAL | 03-SCF LVL1 U07 04 | METZGER SCJ386 | 03/20/2023 | 00:45 |

**GRIEVANCE SUMMARY**

Inmate states that he was denied an eye exam and was told that medical would contact his optometrist but no one has.

| NAME: MAYS, SEAN | NUM: 161660 |
|---|---|
| **CURRENT HOUSING:** 03-SCF LVL1 U07 04 B | |
| **GRIEVANCE AGAINST DEPARTMENT:** MEDICAL | |
| **DISPOSITION:** UNFOUNDED | |
| **INMATE RESPONSE:** IN RESPONSE TO YOUR GRIEVANCE DATED 03/19/23, YOU STATED THAT MEDICAL FAILED TO CALL STANTON OPTICAL TO REQUEST FOR A PRESCRIPTION FOR YOUR CORRECTIVE LENSES. UNFOUNDED. UPON FURTHER INVESTIGATION, IT WAS NOTED THAT STANTON OPTICAL WAS CALLED BUT NO RECORDS COULD BE OBTAINED. AN OPHTHALMOLOGY REFERRAL HAS BEEN MADE FOR A NEW PRESCRIPTION. THANK YOU FOR BRINGING YOUR CONCERNS TO OUR ATTENTION. PLEASE SUBMIT A MEDICAL SLIP FOR ANY OTHER ISSUES OR CONCERNS. | |

**REVIEW**

| REVIEW DATE | TIME |
|---|---|
| 03/21/2023 | 14:40 |
| **REVIEW OFFICER** PILLAY SCJ1144 | |

I HAVE RECEIVED A COPY OF THE GRIEVANCE REPORT

**INMATE SIGNATURE** DATE/TIME:

**OFFICER SIGNATURE** DATE/TIME:

Page 1 of 1

Sean Taylor Mays 161660
450 Claybank Rd
Fairfield, Ca 94533

Sean Taylor Mays vs Stanton Correctional Facility

2:23-CV-02339-KJN
SCF U7-02

TO: ADA ADVOCATE

SGT HATCHER

**SOLANO COUNTY SHERIFF-CORONER'S OFFICE**
Custody Division
**INMATE REQUEST**

Facility: (circle one)   Claybank   Fairfield   (Stanton)
Name: Sean Mays          Date: 6/22/23
Housing: U7.02           Bk. No.: 161660
Request: I need someone to come see me to try and help me get a new prescription for eye glasses medical is no help. Please! Thank You.

Officer Sign/Call #: _____
(Circle One)    APPROVED         DISAPPROVED
Reason: _____

SDD 033 (7/16)

Page 1 of 2

Sean Taylor Mays 161660
2450 Claybank Rd
Fairfield, Ca 94533

United States District Court
Eastern Court of California    2:23-cv-2339-FN?

Sean Taylor Mays vs Stanton Correctional Facility

Inmate request dates: 6-22-2023

Inmate request rec'd: 7-4-23

Re: Mays, Sean (BI# 161660)

Thank you for submitting your request. After reviewing the information with medical staff, it has been noted that you were seen on 5-15-2023 for an eye test and it did not show the need for referral to an optometrist at this time.

Thank you
Sgt. JC Hatcher – 1CS21

Jean Taylor Mays 161660
450 Claybank Rd
Fairfield, Ca 94533

United States District Court
Eastern District of California
Jean Taylor Mays vs Stanford etal
Case 2:23-cv-02339-KJM-KJN Document 8 Filed 12/26/23 Page 12 of 14
2:23-CV-2339-KJN

## SOLANO COUNTY SHERIFF'S OFFICE

### GRIEVANCE INMATE REPORT

MEDICAL        22001897        11/10/2022 13:00

| GRIEVANCE TYPE | LOCATION | CREATED BY | Report Date | Report Time |
|---|---|---|---|---|
| MEDICAL | 03-SCF LVL1 U08 02 | SORVETTI SCJ515 | 11/10/2022 | 13:10 |

**GRIEVANCE SUMMARY**

Inmate grieving not receiving prescription glasses

NAME: MAYS, SEAN        NUM: 161660

**CURRENT HOUSING:**
03-SCF LVL1 U07 01 B

**GRIEVANCE AGAINST DEPARTMENT:**
MEDICAL

**DISPOSITION:**
UNFOUNDED

**INMATE RESPONSE:**
IN RESPONSE TO YOUR GRIEVANCE DATED 11/10/22, YOU STATED THAT YOU NEED PRESCRIPTION GLASSES. UNFOUNDED. UPON REVIEW OF YOUR MEDICAL RECORDS, IT WAS NOTED THAT YOU WERE GIVEN A SNELLEN EYE EXAM ON 10/24/22. BASED ON SNELLEN RESULTS YOU DO NOT QUALIFY FOR GLASSES. THANK YOU FOR BRINGING YOUR CONCERNS TO OUR ATTENTION. PLEASE SUBMIT A MEDICAL SLIP FOR ANY OTHER ISSUES OR CONCERNS.

**REVIEW**

| REVIEW DATE | TIME |
|---|---|
| 11/14/2022 | 22:25 |

**REVIEW OFFICER**
PILLAY SCJ1144

INMATE COPY

| APPEAL | ENTERED BY | DATE | TIME | CREATED DATE | TIME | 22001899 | 12/05/2022 |
|---|---|---|---|---|---|---|---|
| | HELM SCJ262 | 12/05/2022 | 12:37 | 12/05/2022 | 12:37 | | |

| CATEGORY | REVIEW BY: | REVIEW DATE: | TIME: |
|---|---|---|---|
| APPEAL | | | |

**APPEAL NOTE:**
2ND LEVEL

**INMATE RESPONSE:**

I HAVE RECEIVED A COPY OF THE GRIEVANCE REPORT

INMATE SIGNATURE                                DATE/TIME:

OFFICER SIGNATURE                               DATE/TIME:

Page 1 of 1

Sean Taylor Mays 161660
2450 Claybank Rd
Fairfield, Ca 94533

United States District Court    2:23-CV-2339-KJN
Eastern District Of California

Sean Taylor Mays vs Stanton Correctional Facility

8-15-2023

Mays, Sean BI# 161660
Housing: SCF U7-02

Your request slip dated 8-6-2023 was received on 8-15-2023.

To answer your question regarding your request for prescription glasses.

Per medical, on 5-13-23, you were seen and given a shellen eye exam. The exam showed no need for an optometry referral for prescription glasses at the time.

You were seen by medical staff twice in the past week and you did not mention anything regarding blurry vision or headaches.

Should these symptoms persist, I recommend that you fill out a "green" medical slip and submit to medical; so, you can be placed on the sick call list.

Page 1 of 1

Sean Taylor Mays 161660
450 Claybank Rd
Fairfield, Ca 94533

United States District Court
Eastern District of CA

2:23-CV-2339-KJ

Sean Taylor Mays  vs  Stanton Correctional Facility

Since 10-24-22 I have been trying to get in and see the Ophthalmology to try and get a new prescription so I can get a new pair of glasses. I have been told by medical here at Stanton Correctional Facility that I do not need prescription glasses because I past the Snellen test that I was given two times. Both times I told the ladies you are standing to close that the minimum is 20 Feet away to take the Snellen test and each time I was told I dont know what I am talking about. Both ladies stood approx: 12 Feet away or less. I have proved that I have prescription glasses on the streets but it is expired and medical here at Stanton Correctional Facility still refuses to help me get a new perscription. I am having blurry vision, headaches and I am not the ohly one they are doing this too. I have been suffering over a year now trying to get glasses so I can see but I keep being told I dont need them and its causing me alot of pain and suffering and it is mentally messing with me.

Page 1 of 1