UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN TAYLOR MAYS, | No. 2:23-cv-2339 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| STANTON CORRECTIONAL FACILITY, | |
| Defendant. | |

Plaintiff is a county jail inmate. On December 29, 2023, the undersigned recommended that this action be dismissed based on plaintiff's failure to file an amended complaint. However, on that same day, plaintiff's amended complaint was entered on the court's docket. Therefore, the findings and recommendations are vacated.

Accordingly, IT IS HEREBY ORDERED that the December 29, 2023 findings and recommendations (ECF No. 9) are vacated.

Dated: January 4, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mays2339.vac

1