UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN TAYLOR MAYS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANTON CORRECTIONAL FACILITY,<br><br>　　　　　Defendant. | No.  2:23-cv-2339 KJM CSK P<br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se,[1] filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 26, 2024, the magistrate judge filed findings and recommendations, which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

　　　　The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

---

[1] On May 31, 2024, the court received notice plaintiff is no longer in the custody of the Solano County Sherriff's Office.  *See* Not., ECF No. 15.

1

de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 14) are adopted in full;

2. Plaintiff's second amended complaint is dismissed for failure to state a claim without leave to amend; and

3. The clerk of court is directed to close this case.

DATED: August 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2